IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br> v. <br><br> THE BANK OF NEW YORK MELLON CORPORATION, and PECO ENERGY COMPANY, <br><br> Defendants. | CASE NO. 17-CV-1393 |

### STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff, Wells Fargo Bank, N.A., and defendants, Bank of New York Mellon and PECO Energy Company, by and through their attorneys, stipulate and agree to dismiss these proceedings pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

WELLS FARGO BANK, N.A.

_____
Joshua Horn
Counsel

BANK OF NEW YORK MELLON

_____
Beth A Dodson
Senior Counsel

PECO ENERGY COMPANY

_____
Jared T. Hay
Counsel